No. 319. SHERWIN *v.* UNITED STATES; and

No. 320. SHERIDAN *v.* UNITED STATES.

February 10, 1941. *Per Curiam:* On the Government's confession of error, its motion to reverse is granted. The judgments are reversed, and the causes are remanded to the Circuit Court of Appeals with

directions to consider the sufficiency of the evidence to support the verdicts, and petitioners' assignment of error with respect to the argument of the Assistant United States Attorney without regard to any technical deficiency in its phraseology. *Messrs. Earl C. Demoss* and *Charles M. Trammell, Jr.* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll,* and *William J. Connor* for the United States.